UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.09 CR 831 |
| v. | ) | |
| | ) | Magistrate Judge Nan R. Nolan |
| ISIDRO BELTRAN-MEZA | ) | |

## **PROTECTIVE ORDER**

Upon the government's agreed motion for a protective order, it is hereby ORDERED as follows:

1. All materials produced by the government in preparation for, or in connection with, any stage of the proceedings in this case (and all copies of such materials) may be utilized by the defendant and his counsel solely in connection with the defense of this case and for no other purpose and in connection with no other proceeding. The materials and any of their contents shall not be disclosed either directly or indirectly to any person or entity other than the defendant, defendant's counsel, persons assisting in the defense, persons who are interviewed or consulted during the course of the investigation of this case or such other persons as to whom the Court may authorize disclosure. Any notes or records of any kind that defense counsel or the defendant may make relating to the contents of materials provided by the government shall not be disclosed to anyone other than the defendant's counsel, and persons employed to assist the defense, or such other person as to whom the Court may authorize disclosure, and all such notes and records shall not be disclosed except as provided by this Order.

2. The materials shall not be copied or reproduced except so as to provide copies of the material for the use by each defense lawyer and defendant and such persons as are employed by them to assist in the defense and such copies and reproductions shall be treated in the same manner

as the original matter.

3. Defendant's counsel may provide copies of the materials to the defendant. However, the defendant may not photocopy any of these materials, and may not share or disclose the materials or any verbatim contents of those materials except as provided by the first paragraph of this Order. Upon conclusion of the trial or the earlier resolution of charges against the defendant, defendant shall return all such materials to his attorneys.

4. The restrictions set forth in this order do not apply to documents that are public record, including, but not limited to, trial transcripts, documents that have been received in evidence at other trials, or documents that are otherwise in the public domain.

5. Intentional violation of this Order is punishable as a contempt, and may result in the imposition of civil and criminal sanctions. Nothing contained in this protective order, however, shall preclude any party from applying to the Court for further relief or for modification of any provision hereof.

NAN R. NOLAN
Magistrate Judge

10/26/09
DATE